UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-20092-CV-WILLIAMS

MARY CARBALLO,

    Plaintiff,

v.

MICHELLE A. KING,[1]
Acting Commissioner of Social Security

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Patrick M. Hunt's Report and Recommendation (DE 21) ("***Report***") on Plaintiff's Motion for Summary Judgment (DE 15) and Defendant's Motion for Summary Judgment (DE 19). In the Report, Magistrate Judge Hunt recommends that the Court deny Plaintiff's Motion for Summary Judgment and grant Defendant's Motion for Summary Judgment. (DE 21 at 1.) Specifically, the Report finds that Administrative Law Judge ("***ALJ***") Tracey Leibowitz did not deprive Plaintiff of due process as ALJ Leibowitz provided Plaintiff, who proceeded *pro se*, a meaningful opportunity to participate in the hearing on Plaintiff's disability claim. (*Id.* at 4–5.) Additionally, the Report finds that Plaintiff failed to make a showing of prejudice to warrant a reversal and remand for further development of the record. (*Id.* at 5–7.) No objections were filed to the Report, and the time to do so has passed.

---

[1] At the time this action was filed, Kilolo Kijakazi was the Acting Commissioner of the Social Security Administration. Now, Michelle A. King is the Acting Commissioner of the Social Security Administration and is automatically substituted as Defendant pursuant to Federal Rule of Civil Procedure 25(d).

Accordingly, upon an independent review of the Report, the Parties' Motions, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Patrick M. Hunt's Report and Recommendation (DE 21) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Summary Judgment (DE 15) is **DENIED**.

3. Defendant's Motion for Summary Judgment (DE 19) is **GRANTED**.

4. Final judgment will be entered by way of a separate Order.

**DONE AND ORDERED** in Chambers in Miami, Florida on this <u>4th</u> day of February, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE